CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4811
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KAAREN MITCHELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:20-cv-01936-EJY<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

　　　　Defendant Andrew Saul, Commissioner of Social Security (Defendant) respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and/or Remand (Dkt. No. 19, filed on April 15, 2021), currently due on May 17, 2021, by 21 days, through and including June 7, 2021.  Defendant further requests that all subsequent deadlines set forth in the Court's scheduling order (Dkt. No. 17) be extended accordingly.

　　　　This is Defendant's first request for an extension of time.  Good cause exists for this extension due to Defendant's counsel's workload as described below.  Since Plaintiff's motion was filed on April 15, 2021, Defendant's counsel has worked on over 25 district court cases.  Counsel is also

responsible for other substantive non-litigation matters in the Office of General Counsel. The Office of General Counsel also currently has a number of attorneys out on leave of absence, in addition to staff attrition, which has increased the undersigned's workload.

Additional time is required to review the record, to evaluate the numerous issues raised in Plaintiff's motion, to determine whether options exist for settlement, and if not, to prepare Defendant's response to Plaintiff's motion. Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

On May 13, 2021, counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion.

It is therefore respectfully requested that Defendant be granted an extension of time to respond to Plaintiff's Motion for Reversal and Remand, through and including June 7, 2021.

Dated: May 13, 2021

Respectfully submitted,

CHRISTOPHER CHIOU  
Acting United States Attorney

*/s/ Allison J. Cheung*  
ALLISON J. CHEUNG  
Special Assistant United States Attorney

IT IS SO ORDERED:

_____  
UNITED STATES MAGISTRATE JUDGE

DATED: May 13, 2021

2